STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.3469     AND FILED ON     4/9/2008

SELIM ZHERKA, ET AL     Plaintiff(s)/Petitioner(s)

Vs.

JANET DIFIORE, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK     ) SS

COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says:- Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/16/2008__ at __1:00PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: THE COUNTY OF WESTCHESTER (herein called recipient) therein named.

At Location: 148 MARTINE AVENUE

WHITE PLAINS NY

By delivering to and leaving with __DEIDRA BURESS__ and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: BLACK     Color of Hair: BLACK

Age: 30/34     Height: 5'2"

Weight: 115     Other Features: GLASSES

Sworn to before me on __4/17/2008__

_Gail Williams_ (signature)

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.3469          AND FILED ON          4/9/2008

SELIM ZHERKA, ET AL                                                              Plaintiff(s)/Petitioner(s)

                                    Vs.

JANET DIFIORE, ET AL                                                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/16/2008 at 12:45PM, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      JANET DIFIORE, DISTRICT ATTORNEY                          (herein called recipient)
At Location:       111 DR. MARTIN LUTHER KING JR. BLVD.                       therein named.

                   WHITE PLAINS NY

By delivering to and leaving with DEBBIE JONES, SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 4/17/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|-----|-----|---------------|-----|---------------|-------|
| Age | 30/40 | Height | 5'5" | Weight | 125 |

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 4/17/2008

            Gail Williams                                    John Axelrod
GAIL WILLIAMS
Notary Public, State of New York                    Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010