UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SELIM ZHERKA and THE WESTCHESTER
GUARDIAN, INC.,

                Plaintiffs,

                08 Civ. 3469

v.

**NOTICE OF APPEARANCE**

JANET DiFIORE, individually, and THE COUNTY OF
WESTCHESTER,

                Defendants.
------------------------------------- x

**PLEASE TAKE NOTICE**, that David S. Poppick, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendants. Copies of all papers and communications in this matter should be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

                EPSTEIN BECKER & GREEN, P.C.
                Attorneys for Defendants

                By _____
                David S. Poppick (DP-2716)
                One Landmark Square, 18th Floor
                Stamford, CT  06901
                Telephone:  (203) 348-3737
                Facsimile:  (203) 324-9291
                      and
                Southern District of New York Office
                and Post Office Address
                250 Park Avenue
                New York, New York 10177-0077
                (212) 351-4500
                dpoppick@ebglaw.com

29683v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SELIM ZHERKA and THE WESTCHESTER
GUARDIAN, INC.,

                      Plaintiffs,

                  08 Civ. 3469

      v.

                  **AFFIDAVIT OF**
                  **SERVICE**

JANET DiFIORE, individually, and THE COUNTY OF
WESTCHESTER,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF CONNECTICUT )
                       ) ss:
COUNTY OF FAIRFIELD )

      I, Diana Lenzi, being duly sworn, says: I am not a party to this action, I am over 18 years of age and am employed by Epstein Becker & Green, P.C.

      On May 5, 2008, I served the within **Notice Of Appearance**, via U.S. Mail delivery, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service upon the following:

                Jonathan Lovett, Esq.
                Attorney for Plaintiffs
                Lovett & Gould, LLP
                222 Bloomingdale Road
                White Plains, NY 10605

                                          _____
                                          Diana Lenzi

Sworn to before me this
5th day of May, 2008.

_____
Commissioner of the Superior Court

29683v1