UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x
SELIM ZHERKA and THE WESTCHESTER
GUARDIAN, INC.,

                      Plaintiffs,

            v.

JANET DiFIORE, individually, and THE COUNTY OF
WESTCHESTER,

                      Defendants.
---------------------------------------------- x

08 Civ. 3469 (CLB)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED that the time for the Defendants to answer or otherwise move with respect to the Complaint in this action is extended to and including June 6, 2008. Defendants waive defenses based upon personal jurisdiction and service of process.

Dated: May 5, 2008

By: _____
Jonathan Lovett (JL-4854)
Attorney for Plaintiffs
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401

By: _____
David S. Poppick (DP-2716)
EPSTEIN, BECKER & GREEN
Attorneys for Defendants
1 Landmark Square, Suite 18000
Stamford, CT 06901
(203) 348-3737

**SO ORDERED:**

_____
Hon. Charles L. Brieant, U.S.D.J.

Dated: May 6, 2008

2589385_1.doc