UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SELIM ZHERKA and THE WESTCHESTER
GUARDIAN, INC.,

                    Plaintiffs,

     v.

JANET DiFIORE, individually, and THE COUNTY OF
WESTCHESTER,

                    Defendants.
------------------------------------------------------------- x

08 Civ. 3469

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE**, that Kathryn E. White, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendants. Copies of all papers and communications in this matter should be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

                                       **EPSTEIN BECKER & GREEN, P.C.**
                                       Attorneys for Defendants


                           By     /s/ Kathryn E. White
                                Kathryn E. White (KW-2297)
                                One Landmark Square, 18th Floor
                                Stamford, CT 06901
                                Telephone: (203) 348-3737
                                Facsimile: (203) 324-9291
                                      and
                                Southern District of New York Office
                                and Post Office Address
                                250 Park Avenue
                                New York, New York 10177-0077
                                (212) 351-4500
                                kwhite@ebglaw.com

29683v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SELIM ZHERKA and THE WESTCHESTER
GUARDIAN, INC.,

                Plaintiffs,

     v.

JANET DiFIORE, individually, and THE COUNTY OF
WESTCHESTER,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 3469

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                           ) ss:
COUNTY OF FAIRFIELD )

     I, Diana Lenzi, being duly sworn, says: I am not a party to this action, I am over 18 years of age and am employed by Epstein Becker & Green, P.C.

     On May 13, 2008, I served the within **Notice Of Appearance**, via U.S. Mail delivery, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service upon the following:

                Jonathan Lovett, Esq.
                Attorney for Plaintiffs
                Lovett & Gould, LLP
                222 Bloomingdale Road
                White Plains, NY 10605

                                                      */s/ Diana Lenzi*
                                                            Diana Lenzi

Sworn to before me this
13th day of May, 2008.

   */s/ David S. Poppick*
Commissioner of the Superior Court

29683v1